UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERRY SMITH**                                                              **CIVIL ACTION**

**VERSUS**                                                                   **NO. 19-13385**

**DARREL VANNOY, WARDEN**                                                    **SECTION: "B"(5)**

**ORDER AND REASONS**

The petitioner, Terry Smith, has submitted a motion entitled "Request for Lend of Court Record" (Rec. Doc. No. 20), which seeks to borrow the copy of the state court record provided to this Court to "show where in the record that [his] claims are located." Rec. Doc. 20 at 1.

Pursuant to the Magistrate Judge's order, the State has provided a certified copy of the state court trial and appellate records in connection with its response to petitioner's habeas corpus petition. Rec. Doc. 6.  The copy presented here is for the Court's use and review in accordance with the Rules Governing Section 2254 Cases.  This Court does not have, nor is it the custodian of, the official state court records.  If petitioner seeks to review or obtain copies of his state court trial or appellate records, he should submit his requests to the appropriate state courts in accordance with state law. Accordingly,

1

**IT IS ORDERED** that petitioner's request for copies of the state court record (Rec. Doc. No. 20) is **DISMISSED** as moot and otherwise without cause for relief as requested.

New Orleans, Louisiana this 2nd day of June, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE